**Order entered January 17, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01448-CV

**GUADALUPE MORENO, Appellant**

**V.**

**C'TARA INGRAM, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-2144**

## ORDER

We **GRANT** appellant's January 14, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file her brief on or before February 3, 2014. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/  ADA BROWN
   JUSTICE